■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD STEPHEN, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on August 29, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Asch, Milonas, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN ODOM, Appellant.—Judgment, Supreme Court, New York County (Eve Preminger, J.), rendered on September 15, 1986, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Milonas, Kassal and Ellerin, JJ.